UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>FINANCIAL CONSULTING SERVICES OF ARIZONA, INC. et al,<br><br>　　　　　　　Defendants. | Case No. 2:13-cv-1838-ODW(CWx)<br><br>**ORDER TO SHOW CAUSE RE LACK OF SERVICE** |

　　　　Under Rule 4(m), defendants must be served within 120 days after the complaint is filed, or else the Court "must dismiss the action without prejudice." Fed. R. Civ. P. 4(m). This action commenced on March 14, 2013. The 120-day deadline passed on July 12, 2013. No proof of service has been filed with the Court, and Defendants have not appeared in this case.

　　　　Plaintiff is hereby **ORDERED TO SHOW CAUSE** why Defendants have not been timely served. Plaintiff has 7 days to comply with this order; or if Defendants have been served, Plaintiff has 7 days to file the proof of service. No hearing will be held on this matter. Failure to timely respond will result in the dismissal of this action.

　　　　**IT IS SO ORDERED.**

　　　　July 17, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE