O
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, | Case No. 2:13-cv-1838-ODW(CWx) |
| Plaintiff, | **DISMISSAL ORDER** |
| v. | |
| FINANCIAL CONSULTING SERVICES OF ARIZONA, INC. et al, | |
| Defendants. | |

The Court has reviewed Plaintiff Paul Sapan's Response to the Court's July 17, 2013 Order to Show Cause. (ECF Nos. 5, 6.) Plaintiff asserts that he has had difficulties serving the named Defendants because the Defendants' listed addresses are incorrect. (Resp. 3.)

Under Rule 4(m), defendants must be served within 120 days after the complaint is filed, or else the Court "must dismiss the action without prejudice." Fed. R. Civ. P. 4(m). The 120-day deadline passed on July 12, 2013. No proof of service has been filed with the Court, and Defendants have not appeared in this case.

But if a plaintiff shows good cause for his failure to serve, the court "must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m). Here, the Court is not convinced that Plaintiff's stated reasons suffice for good cause.

/ / /

First, this action commenced on March 14, 2013. Plaintiff's first attempt to serve Defendants at the address listed on their website was on June 11, 2013. Being unsuccessful, he attempted service at the address listed with the Arizona Corporation Commission on July 16, 2013—4 days after the 120-day deadline. This is too little, too late.

Plaintiff offers no reasons why his first attempt at service occurred on June 11, 2013, 89 days after Plaintiff's filing of his Complaint. He also states no facts suggesting that he did any pre-filing investigation to ensure the proper address of Defendants. And when his first service attempt failed, it took him over a month to attempt service a second time. The Court notes that the Defendants' listed address of 4425 W. Olive Ave., Suite 400, Glendale, AZ 85302, is publically available online through the Arizona Corporation Commission, so obtaining that address should not have taken any time at all. Plaintiff offers no reason for the 35-day delay.

The Court finds that Plaintiff has not been diligent in effectuating service and fails to demonstrate sufficient good cause. Thus, this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

July 24, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**